Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of NEVADA
                    (State)
Case number (If known): _____ Chapter 11

☐ Check if this is an
amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Name:    2965 Holdings, LLC (a Nevada LLC)   BY Managing Partner 2965 Alliance Investment Fund, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    85 – 192 83 98

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 2965 South Jones Blvd | 5580        West Desert Inn Rd |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | Las Vegas        Nevada    89145 | Las Vegas            NV    89146 |
   | City              State    ZIP Code | City              State    ZIP Code |

   Location of principal assets, if different from principal place of business

   Clark
   County

   Number    Street

   City              State    ZIP Code

5. **Debtor's website (URL)**    _____

Debtor     **2965 Holdings, LLC (a Nevada LLC)**           Case number (if known) _____
       Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | **X**   Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>❑   Partnership (excluding LLP)<br>❑   Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>❑   Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>X   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❑   Railroad (as defined in 11 U.S.C. § 101(44))<br>❑   Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❑   Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❑   Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>❑   None of the above<br><br>B. *Check all that apply:*<br>❑ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>   5 3 1 1 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>❑   Chapter 7<br>❑   Chapter 9<br>X   Chapter 11. *Check all that apply:*<br>       ❑   Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>       ❑   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>       ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>       ❑   A plan is being filed with this petition.<br>       X   Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>       ❑   The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>       ❑   The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❑   Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | X   No<br>❑ Yes.   District _____   When _____   Case number _____<br>                                                MM / DD / YYYY<br>               District _____   When _____   Case number _____<br>                                                MM / DD / YYYY |

Debtor  __2965 Holdings, LLC (a Nevada LLC)__  Case number (if known) _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

X  No
☐  Yes. Debtor _____  Relationship _____
District _____  When ____ / ____ / _____
                                                      MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

X  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
X  Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

X  Other____ The business of the debtor LLC is rental of the real estate at 2965 S. Jones Blvd.  To maintain the business as a going concern, normal, regular maintenance, cleaning, security is required.

**Where is the property?** ___2965 S. Jones Blvd.,___
                            Number    Street

___Las Vegas___         ___Nevada 89145___
City                           State    ZIP Code

**Is the property insured?**

☐ No
X  Yes. Insurance agency  Nautilus Insurance Company

Contact name   Jacob Williams CA License# 0I72136
                           d.b.a. JW INS
Phone   714-376-9285

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| X  1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy              page 3

| Debtor | 2965 Holdings, LLC (a Nevada LLC) | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>X $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | X $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01   06   2026
            MM / DD / YYYY

X   /s/ Rick Saga (hard copy signature to follow)          Rick Saga
   Signature of authorized representative of debtor        Printed name

Title   Vice President of Management Member 2965 Alliance Investment Fund, LLC

**18. Signature of attorney**

/s/ Rogers Roots, Esq.
Signature of attorney for debtor

Date   01 / 06 / 2026
       MM / DD / YYYY

Roger Roots, Esq.                                          Printed name

THE TICKTIN LAW GROUP
Firm name

270 SW Natura Avenue
Number    Street
Deerfield Beach,                                Florida        33411
City                                            State          ZIP Code

(954) 570-6757                                  RRoots@LegalBrains.com
Contact phone                                   Email address

6752                                            Rhode Island
Bar number                                      State