## MINUTES OF THE MEETING OF MEMBERS

### the debtor 2965 Holdings, LLC

### And its Managing Member

### 2965 Alliance Investment Fund, LLC

On January 6, 2026, after extensive previous informal discussions leading up to this meeting, the Members of the debtor 2965 Holdings, LLC and its managing member 2965 Alliance Investment Fund, LLC held a meeting to decide upon the plans for the survival and long-term profitability of the limited liability companies. All members and their leaders and officers were directly notified and contacted and invited to participate in today's meeting.  All waived any requirement of advance notice in order to undertake these time-sensitive and urgent plans in response to circumstances threatening the business of the debtor 2965 Holdings, LLC.

The members discussed and established for the record that the debtor 2965 Holdings, LLC, and its office building as a real estate business had previously never been in default and has been profitable, duly servicing and paying its expenses, liabilities, and debts.

However, due solely to the indictment of Rick Saga, the Vice President of the management member 2965 Alliance Investment Fund, which is the only and sole managing member of the debtor 2965 Holdings, LLC, the funds and assets of the debtor 2965 Holdings, LLC, the LLC was prevented by the actions of the U.S. Government from making regular loan payments  on the senior liability, the mortgage on the office building at 2965 South Jones Boulevard, Las Vegas, Nevada, and other liabilities and expenses to vendors and utility providers.

Without the actions of the U.S. Government, 2965 Holdings LLC would continue to be solvent and profitable, sufficient to pay all debts, liabilities, the



mortgagee, and utilities.  The U.S. Government issued a seizure in anticipation of future forfeiture proceedings.

The office building is valued on an income-producing basis at $23.4 million. Allowing the office building to be lost from a temporary and uncertain near-term interruption would constitute waste.

We note the U.S. Department of Justice Forfeiture Policy Manual, updated each year such as for 2025, accessible at https://www.justice.gov/criminal/criminal-afmls/file/839521/dl?inline= mandates that the U.S. Department of Justice must, with no discretion, comply with various requirements, including:

1) To plan for the non-disruption and continued viability of any operating business as a going-concern or other perishable asset,
2) To consult with the U.S. Marshalls' Service (which carries out the seizure) and all relevant units of the DOJ and obtain their approval of plans to prevent the waste or deterioration of an operating company or other perishable assets.
3) The Government's seizure is unlawful, null, and void, as contrary to established DOJ policy without planning for the continuation of an operating business without disruption to the business.
4) The Government if it has grounds for seizure or forfeiture is obligated to avoid unnecessary waste or dissipation of assets not subject to or to the extent not subject to any seizure.

Nevertheless, solely due to the U.S. Government's interference, 2965 Holdings LLC has been unable to make payments on the mortgage as the senior creditor or on other expenses and liabilities from the month of May up through today.  Without the government interference, the debtor 2965 Holdings, LLC would not be in default on any of its liabilities.

In July 2025 a sale of the office building at 2965 South Jones Boulevard was arranged by the owners to retire the mortgage and other debts, liabilities, and expenses to preserve the asset against loss and satisfy all creditors and vendors, including setting aside $2.3 million indicted amount alleged by the U.S.

Government.  This sale of the office building was arranged even though the building would be sold at a loss and preserving the liabilities to creditors awaiting the outcome of the Defendant's trial.

However, the sale was objected to by the US Attorneys office and the U.S. Government represented by Mr. Steven Myhre.   The U.S. Government by Mr. Myhre issued an objection that stopped the sale with the reasons of Defendant getting any benefit out of the sale in form of not getting sued by the other vendors, lenders, and the tenants if the sale would go forward.  This objection resulted in the current default and looming foreclosure even jeopardizing US Government interest in the property in the form of possible forfeiture .

Awaiting trial results and for vendors and for the tenant UNLV which is a semi-government institute and for the benefit of society, we have no choice left but to retain Mr. Rogers Roots and to seek protection from the foreclosure to benefit innocent vendors and the society, and preserve the interest of the US Government in the property.

We 2965 Holdings, LLC and 2965 Alliance Investment Fund as its sole managing member have been given the power to sign on behalf of the company for the benefit of the company to file Chapter 11 reorganization

Rick Saga is authorized to affix his digital signature to the Chapter 11 bankruptcy petition under the strong modern federal laws authorizing both digital signatures and digital oaths swearing to the contents.

Attached hereto is a schedule in progress of liabilities, which is redacted as to one tenant not involved in these matters for privacy, but available to the bankruptcy court.

_____/s/ Rick Saga_____

Rick Saga