| | | |
|---|---|---|
| **FRANCISCO V. AGUILAR**<br>*Secretary of State*<br><br>**DEPUTY BAKKEDAHL**<br>*Deputy Secretary for*<br>*Commercial Recordings* | **STATE OF NEVADA**<br><br>**OFFICE OF THE**<br>**SECRETARY OF STATE** | Commercial Recordings Division<br>*401 N. Carson Street*<br>*Carson City, NV 89701*<br>*Telephone (775) 684-5708*<br>*Fax (775) 684-7141*<br>North Las Vegas City Hall<br>*2250 Las Vegas Blvd North, Suite 400*<br>*North Las Vegas, NV 89030*<br>*Telephone (702) 486-2880*<br>*Fax (702) 486-2888* |

## Business Entity - Filing Acknowledgement

08/28/2024

| | |
|---|---|
| **Work Order Item Number:** | W2024082802070 - 3894806 |
| **Filing Number:** | 20244285576 |
| **Filing Type:** | Amended List |
| **Filing Date/Time:** | 08/28/2024 16:03:27 PM |
| **Filing Page(s):** | 2 |

### Indexed Entity Information:

| | | | |
|---|---|---|---|
| **Entity ID:** | E7814922020-0 | **Entity Name:** | 2965 Holdings LLC |
| **Entity Status:** | Active | **Expiration Date:** | None |

Non-Commercial Registered Agent

Rick Saga

101 CONVENTION CENTER DR. STE 1150, Las Vegas, NV 89109, USA

The attached document(s) were filed with the Nevada Secretary of State, Commercial Recording Division. The filing date and time have been affixed to each document, indicating the date and time of filing. A filing number is also affixed and can be used to reference this document in the future.

Respectfully,

*FVAguilar*

FRANCISCO V. AGUILAR
Secretary of State