Signed by: SCHOLARSHIP, LLC CONSTANTINA L PATIO D CHRISTOS
Signed by: SEPTAMAN, LLC, GRACIELA MASSO
Signed by: Federico Uriba for TATACOA CORP.
Signed by: [illegible]
Signed by: FirstFIRST SAVINGS BANK CUSTODIAN FBO ROGER E. UNGER IRA
Signed by: [illegible]
Signed by: [illegible]
Signed by: [illegible]

# U.S. LOAN SERVICING
9670 W. Tropicana Ave Ste #100
Las Vegas, NV 89147
(702) 362-1234(ph)
(702) 362-1010(fax)

4/22/2025

TO: LANDMARK TITLE
EO: MIMI WARD
ESCROW#: 25-8766-MW
EMAIL: MIMI.WARD@LANDMARKNV.COM

PROPERTY ADDRESS: 2965 SOUTH JONES BLVD.
LAS VEGAS, NV 89146

APN: # 163-11-704-016

**Account #: 0102300100 / 2965 HOLDINGS LLC**

## DEMAND FOR PAYOFF

Let this represent authorization to use the following amounts to pay off the above-mentioned loan. We will forward all necessary legal documents to the trustee for reconveyance upon receipt of payment in full.

| | |
|---|---:|
| **Payoff Date** | **4/30/2025** |
| Maturity Date | 9/1/2025 |
| Next Payment Due | 4/1/2025 |
| Interest Rate | 12.000% |
| Interest Paid-To Date | 3/1/2025 |
| Principal Balance | $3,549,998.30 |
| Unpaid Interest | $0.00 |
| Accrued Interest From 3/1/2025 To 4/30/2025 | $72,183.30 |
| Unpaid Late Charges | $14,200.00 |
| Accrued Late Charges | $3,550.00 |
| Unpaid Charges | $0.00 |
| Prepayment Penalty | $0.00 |
| USLS Charges: Demand / Reconveyance & Recording / Close-out | $1,056.92 |
| Trust Balance | $0.00 |
| **Payoff Amount** | **$3,640,988.52** |

**Interest Per Diem**: Please add **N/A** for each additional day past **.(DEMAND EXPIRES)**

**Late Charge**: Please add **N/A** if received after **N/A (DEMAND EXPIRES)**

**PLEASE NOTE:** If there is a first mortgage or trust deed holder on this property, **it will be your responsibility to obtain payoff figures from them directly**. Any first mortgage payments which may be paid through our account are as a pass through / accommodation ONLY. You are required to send a separate payoff to the First Mortgage or Trust Deed holder if this is a WRAP, AITD or WRAP contract, USLS will order underlying demand. Our payoff amount is subject to change in the event any additional charges become due that has not been included herein, or if the payoff figures provided herein have been inadvertently miscalculated. We reserve the right to withhold the issuance of the release/satisfaction of mortgage until our office receives all funds.

US Loan Servicing reserves the right to demand additional funds to correct any error or omission in the payoff figure that was calculated in good faith, whether the error or omission is mathematical, clerical, typographical, or for any transactions that occurred on or after the date of this payoff quote.

We reserve the right to amend this request if any changes occur that would increase the amount of the total payoff. **Please note that this demand expires on 4/30/2025** at which time contact this office for additional instructions (DEMAND FEES, UNPAID FEES/CHARGES ARE DUE *EVEN* UPON CANCELLATION OF YOUR ESCROW).

**Make disbursement check payable to: U S LOAN SERVICING**

IF PROCEEDS CHECK *ISSUED DIRECTLY TO BENEFICIARY* AND OVERPAYMENT REFUND IS DUE TO BORROWER, USLS **WILL NOT** BE ABLE TO PROCESS REFUND TO BORROWER
~~WIRE INSTRUCTIONS UPON REQUEST~~
~~Additional fee will be required~~

DocuSigned by:
*Daniela Preussler*
Daniela Preussler
Payoff / Closing Representative
daniela@usls.biz