David A. Riggi, Esq.
7900 W Sahara Ave. Suite 100
Las Vegas, NV 89117
Phone: (702) 463-7777
Fax: (888) 306-7157
E-mail: RiggiLaw@gmail.com
Attorney for Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:   2965 HOLDINGS, LLC

Case No.:   26-10050=NMC
Chapter:  11

_____   Debtor(s)

**AMENDMENT COVER SHEET**

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- _____ Voluntary Petition (specify reason for amendment)
- _____ Summary of Schedules
- _____ Statistical Summary of Certain Liabilities
- _____ Schedule A - Real Property
- _____ Schedule B - Personal Property
- _____ Schedule C - Property Claimed as exempt
- ✓ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
  - _____ Add/delete creditor(s), change amount or classification of debt - $30.00 Fee required. *Schedule D amended to indicate a mechanics lien asserted by Citadel and to adjust amount of the mortgage lien*
  - _____ Add/change address of already listed creditor - No fee
- _____ Schedule G - Executory Contracts and Unexpired Leases
- ✓ Schedule H - CoDebtors   *Amended to add co-debtor*
- _____ Schedule I - Current Income of Individual Debtor(s)
- _____ Schedule J - Current Expenditures of Individual Debtor(s)
- ✓ Declaration Concerning Debtor's Schedules
- ✓ Statement of Financial Affairs and/or Declaration   *amended to clarify atty fees and costs, foreclosure and address of acct*
- _____ Chapter 7 Individual Debtor's Statement of Intention
- _____ Disclosure of Compensation of Attorney for Debtor(s)
- _____ Statement of Current Monthly Income and Means Test Calculation
- _____ Certification of Credit Counseling
- _____ Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

**Declaration of Debtor**

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 2-12-26 _____   /s/ Rick Saga , on behalf of _____   _____
Debtor   *as VP of 2965 Alliance*                                        Joint Debtor

Fill in this information to identify the case:

Debtor name    **2965 HOLDINGS, LLC**

United States Bankruptcy Court for the: District of    **Nevada**
(State)

Case number (if known):    **26-10050-NMC**

☑ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1.    Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.    **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1    Creditor's name**

**CITADEL CONSTRUCTION C/O MARQUIS AUBACH**

**Creditor's mailing address**

**10001 PARK RUN DR**

**Las Vegas, NV 89145**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **unknown**    Column B: **unknown**

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$6,250,000.00**

Official Form 206D            **Schedule D: Creditors Who Have Claims Secured by Property**            page **1** of **13**

Debtor  **2965 HOLDINGS, LLC**                                    Case number (if known) **26-10050-NMC**
        Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**FIRST SAVINGS C/O REALTY LENDING USA**

**Creditor's mailing address**

**6470 W DESERT INN RD**

**Las Vegas, NV 89146**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

❏ Yes. Have you already specified the relative priority?

   ❏ No. Specify each creditor, including this creditor, and its relative priority.

   ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Column A: **unknown**   Column B: **unknown**

**Describe the lien**

**CONSENSUAL MORTGAGE - PART OF REALTY LENDING**

**Is the creditor an insider or related party?**

☑ No

❏ Yes

**Is anyone else liable on this claim?**

☑ No

❏ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

Debtor   **2965 HOLDINGS, LLC**                                    Case number (if known) **26-10050-NMC**
　　　　　Name

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3  Creditor's name**

**J LICON C/O REALTY LENDING USA**

**Describe debtor's property that is subject to a lien**

　　　　　　　　　　　　　　　　　　　　　　　　**unknown**　　　　**unknown**

**Creditor's mailing address**

**6470 W DESERT INN RD**

**Las Vegas, NV 89146**

**Describe the lien**

**CONSENSUAL MORTGAGE - PART OF REALTY FUNDING**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **2965 HOLDINGS, LLC**

Name                                                                 Case number (if known) **26-10050-NMC**

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | | |
|---|---|---|---|
| **2.4** **Creditor's name** **JONACAR NV C/O REALTY LENDING USA** | **Describe debtor's property that is subject to a lien** | **unknown** | **unknown** |

**Creditor's mailing address**

**6470 W DESERT INN RD**

**Las Vegas, NV 89146**

**Describe the lien**

**CONSENSUAL MORTGAGE - PART OF REALTY LENDING**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page __4__ of __13__

Debtor    **2965 HOLDINGS, LLC**                                    Case number (if known) **26-10050-NMC**
          Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

**LA CANASTA FURNISHINGS C/O REALTY LENDING USA**

**Creditor's mailing address**

**6470 W DESERT INN RD**

**Las Vegas, NV 89146**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

　❑ No.  Specify each creditor, including this creditor, and its relative priority.

_____

　❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

**CONSENSUAL MORTGAGE PART OF REALTY LENDING**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

Column A: **unknown**    Column B: **unknown**

Debtor    **2965 HOLDINGS, LLC**                                          Case number (if known) **26-10050-NMC**

      Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** **Creditor's name**

**R VILLANUEVA C/O REALTY LENDING USA**

**Creditor's mailing address**

**6470 W DESERT INN RD**

**Las Vegas, NV 89146**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

    ❑ No. Specify each creditor, including this creditor, and its relative priority.

    ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**CONSENSUAL MORTGAGE - PART OF REALTY LENDING**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

Column A: **unknown**    Column B: **unknown**

Debtor  **2965 HOLDINGS, LLC**

Name

Case number (if known) **26-10050-NMC**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** **Creditor's name**

**REALTY LENDING USA**

**Creditor's mailing address**

**6470 W DESERT INN RD**

**Las Vegas, NV 89146**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) REALTY LENDING USA** ; 2) RICK SAGA C/O ANIELA SZYMANSKI; 3) UNITED STATES OF AMERICA - US ATTORNEY

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2965 S Jones Blvd

**Describe the lien**

**CONSENSUAL MORTGAGE**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**$3,300,000.00**   **$16,000,000.00**

Debtor  **2965 HOLDINGS, LLC**

Name

Case number (if known) **26-10050-NMC**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

## Part 1:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8** **Creditor's name**

**RICK SAGA C/O ANIELA SZYMANSKI**

**Creditor's mailing address**

**3765 E Sunset Rd**

**Las Vegas, NV 89120-6200**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

❏ No

☑ Yes. Have you already specified the relative priority?

　　❏ No.  Specify each creditor, including this creditor, and its relative priority.

　　☑ Yes. The relative priority of creditors is specified on lines **2.7**

**Describe debtor's property that is subject to a lien**

2965 S Jones Blvd

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

❏ Yes

**Is anyone else liable on this claim?**

☑ No

❏ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**$750,000.00**　　**$16,000,000.00**

Debtor    **2965 HOLDINGS, LLC**

Name

Case number (if known) **26-10050-NMC**

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.9** **Creditor's name**

**SCHOLARSHIP C/O REALTY LENDING USA**

**Creditor's mailing address**

**6470 W DESERT INN RD**

**Las Vegas, NV 89146**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

   ❑ No. Specify each creditor, including this creditor, and its relative priority.

   ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**CONSENSUAL MORTGAGE - APRT OF REALTY LENDING**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**unknown**                **unknown**

Debtor    **2965 HOLDINGS, LLC**
Name

Case number (if known) **26-10050-NMC**

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.10** **Creditor's name**

**SEPTARIAN C/O REALTY LENDING USA**

**Creditor's mailing address**

**6470 W DESERT INN RD**

**Las Vegas, NV 89146**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

　❑ No.  Specify each creditor, including this creditor, and its relative priority.

　❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**CONSENSUAL MORTGAGE - PART OF REALTY LENDING**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

Column A: **unknown**

Column B: **unknown**

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **10** of **13**

Debtor    **2965 HOLDINGS, LLC**
_____
Name

Case number (if known) **26-10050-NMC**
_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11**  **Creditor's name**

  **TATACOA C/O REALTY LENDING USA**
_____

**Creditor's mailing address**

  **6470 W DESERT INN RD**
_____

  **Las Vegas, NV 89146**
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No.  Specify each creditor, including this creditor, and its relative priority.
  _____
  _____

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**

  **CONSENSUAL MORTGAGE - PART OF REALTY LENDING**
_____

**Is the creditor an insider or related party?**

☑ No
❑ Yes

**Is anyone else liable on this claim?**

☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**unknown**                **unknown**

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **11** of **13**

Debtor    **2965 HOLDINGS, LLC**                                    Case number (if known) **26-10050-NMC**
          Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.12 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**2.12**

**Creditor's name**

**UNITED STATES OF AMERICA - US ATTORNEY**

**Describe debtor's property that is subject to a lien**

2965 S Jones Blvd                    **$2,200,000.00**    **$16,000,000.00**

**Describe the lien**

**Creditor's mailing address**

**United States Attorney's Office ATTN: Civil Process Clerk**

**501 Las Vegas Boulevard South Suite 1100**

**Las Vegas, NV 89101**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines **2.7**

Debtor **2965 HOLDINGS, LLC**
Name

Case number (if known) **26-10050-NMC**

| | Column A | Column B |
|---|---|---|
| **Part 1:** Additional Page | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.13** **Creditor's name**

**WILDHORSE C/O REALTY LENDING USA**

**Creditor's mailing address**

**6470 W DESERT INN RD**

**Las Vegas, NV 89146**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No.  Specify each creditor, including this creditor, and its relative priority.

  ❑ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**CONSENSUAL MORTGAGE - PART OF REALTY LENDING**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

Column A: **unknown**   Column B: **unknown**

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **13** of **13**

Fill in this information to identify the case:

Debtor name          **2965 HOLDINGS, LLC**

United States Bankruptcy Court for the: District of     **Nevada**
                                                         (State)
Case number (If known):     **26-10050-NMC**

☑ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **RICK SAGA** | Street <br><br> City      State      ZIP Code | **REALTY LENDING USA** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 | Street <br><br> City      State      ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | Street <br><br> City      State      ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Street <br><br> City      State      ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H                            **Schedule H: Codebtors**                            page 1 of __2__

| Debtor | **2965 HOLDINGS, LLC** | Case number (if known) **26-10050-NMC** |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br><br> _____ <br><br> City      State      ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | _____ | Street _____ <br><br> _____ <br><br> City      State      ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

Official Form 206H          **Schedule H: Codebtors**          page __2__ of __2__

Fill in this information to identify the case:

Debtor name       **2965 HOLDINGS, LLC**

United States Bankruptcy Court for the:

      **District of Nevada**

Case number (if known):    **26-10050-NMC**     Chapter   **11**

☑ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals     **12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

     Copy line 88 from *Schedule A/B*................................................................................................................    **$16,000,000.00**

   1b. **Total personal property:**

     Copy line 91A from *Schedule A/B*.............................................................................................................    **$7,500.00**

   1c. **Total of all property:**

     Copy line 92 from *Schedule A/B*..............................................................................................................    **$16,007,500.00**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    **$6,250,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................................    **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................    **+ $97,000.00**

4. **Total liabilities**................................................................................................................................................    **$6,347,000.00**

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____**2965 HOLDINGS, LLC**_____

United States Bankruptcy Court for the:
_____**District of Nevada**_____

Case number (if known): _____**26-10050-NMC**_____

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |

**1.  Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For prior year:** From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For the year before that:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor    **2965 HOLDINGS, LLC**                                   Case number *(if known)*    __26-10050-NMC__
                    Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City          State     ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City          State     ZIP Code <br><br> **Relationship to debtor** <br><br> _____ | _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **2**

Debtor  **2965 HOLDINGS, LLC**                                        Case number *(if known)*  **26-10050-NMC**
Name

| 5.1. | **Realty Lending** | **2965 South Jones Blvd, Las Vegas NV** | **no date foreclosure did not go thru** | **$16,000,000.00** |
|---|---|---|---|---|
| | Creditor's name | | | |
| | **6470 W Desert Inn Rd** | | | |
| | Street | | | |
| | | | | |
| | **Las Vegas, NV 89146-6609** | | | |
| | City                    State       ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| 6.1. | | | | |
| | Creditor's name | XXXX– __ __ __ __ | | |
| | | | | |
| | Street | | | |
| | | | | |
| | | | | |
| | City                    State       ZIP Code | | | |

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

❑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **2965 Holdings et al v Silver State** | **rent an related collection** | **District Court Clark County** | ❑ Pending |
| | | | Name | ❑ On appeal |
| | | | | ☑ Concluded |
| | **Case number** | | Street | |
| | **A-23-878433-C** | | | |
| | | | City          State      ZIP Code | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Lai v Saga** | **Property ownership dispute** | **District Court Clark County** | ❑ Pending |
| | | | Name | ☑ On appeal |
| | | | | ❑ Concluded |
| | **Case number** | | Street | |
| | **A-22-849698-B** | | | |
| | | | City          State      ZIP Code | |

Debtor  **2965 HOLDINGS, LLC**                                            Case number *(if known)*  **26-10050-NMC**
     Name

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|

**United States v Linden and Saga**

**Medicare money laundering etc; currently a forfeiture notice related to 2965 S Jones**

**US D Ct Nevada**
Name

☑ Pending
☐ On appeal
☐ Concluded

**Case number**

**24-cr-00142-JAD-EJY**

Street

City      State   ZIP Code

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

**Case title**

**Court name and address**

Street

Name

**Case number**

Street

City    State  ZIP Code

**Date of order or assignment**

City    State  ZIP Code

---

**Part 4:**  Certain Gifts and Charitable Contributions

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City    State  ZIP Code

**Recipient's relationship to debtor**

---

**Part 5:**  Certain Losses

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

Debtor    **2965 HOLDINGS, LLC**                                                    Case number *(if known)*    **26-10050-NMC**
          Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. **VANDALISM/THEFT OF FURNITURE & EQUIPMENT IN 4 OUTSIDE CONTAINERS; COPPER WIRING, 14 A/C UNITS ETC** | **NONE** | **MAY 2025 THROUGH PRESENT** | **OVER 50,000** |

## Part 6:  Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **RIGGI LAW** | **attorney retainer** | **01/13/2026** | **$10,000.00** |

**Address**

**7900 W Sahara Ave Suite 100**
Street

**Las Vegas, NV 89117**
City                State      ZIP Code

**Email or website address**

**riggilaw@gmail.com**

**Who made the payment, if not debtor?**

**TOM BLOSS**

| 11.2. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Roger Roots, Esq. / Ticktin Law Group** | **filing fee** | **January 2026** | **$1,738.00** |

**Address**

**270 Sw Natura Ave**
Street

**Deerfield Bch, FL 33441-3026**
City                State      ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **5**

Debtor    **2965 HOLDINGS, LLC**                                              Case number *(if known)*    **26-10050-NMC**
          Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
|  |  |  |  |  |
|  | Trustee |  |  |  |
|  |  |  |  |  |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
|  | **Realty Lending et al** | **Note and deed of trust** | **September 2024** | **(Unknown)** |
|  | Address |  |  |  |
|  | Street |  |  |  |
|  | City      State      ZIP Code |  |  |  |
|  | Relationship to debtor |  |  |  |
|  |  |  |  |  |

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
|  | **Rick Saga** | **note and deed of trust** | **September 2024** | **(Unknown)** |
|  | Address |  |  |  |
|  | Street |  |  |  |
|  | City      State      ZIP Code |  |  |  |
|  | Relationship to debtor |  |  |  |
|  | **manager of member-manager** |  |  |  |

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **6**

Debtor   **2965 HOLDINGS, LLC**                                                                Case number *(if known)*   **26-10050-NMC**
Name

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____          From _____ To _____
Street

_____

_____
City                State    ZIP Code

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____   _____   _____
Facility name

_____

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

Street

_____
City          State    ZIP Code         _____

*Check all that apply:*

☐ Electronically

_____

☐ Paper

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **7**

| Debtor | **2965 HOLDINGS, LLC** | Case number *(if known)* | **26-10050-NMC** |
|---|---|---|---|
| | Name | | |

❏ Yes. Does the debtor serve as plan administrator?

    ❏ No. Go to Part 10.

    ❏ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ |

    Has the plan been terminated?

    ❏ No

    ❏ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

❏ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | **JPMORGAN CHASE BANK NA**<br>Name<br><br>_____<br>Street<br>**BANKRUPTCY MALE INTAKE TEAM**<br>**Las Vegas , NV**<br>City   State  ZIP Code | XXXX– **5  5  9  2** | ☑ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other<br>_____ | **around May 2025** | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State  ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____ | ❏ No<br><br>❏ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor    **2965 HOLDINGS, LLC**                                                Case number *(if known)*    **26-10050-NMC**
          Name

| 20.1 | **Facility name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|------|------------------------------|----------------------------------------|----------------------------------|--------------------------------|
| | | | | ❏ No |
| | Name | | | ❏ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State    ZIP Code | | | |

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| **Owner's name and address** | **Location of the property** | **Description of the property** | **Value** |
|------------------------------|------------------------------|----------------------------------|-----------|
| | | | _____ |
| Name | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

---

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

❏ Yes. Provide details below.

| **Case title** | **Court or agency name and address** | **Nature of the case** | **Status of case** |
|----------------|---------------------------------------|-------------------------|--------------------|
| | | | ❏ Pending |
| | Name | | ❏ On appeal |
| **Case number** | | | ❏ Concluded |
| | Street | | |
| | | | |
| | City          State    ZIP Code | | |

---

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **9**

Debtor    **2965 HOLDINGS, LLC**                                    Case number *(if known)*    **26-10050-NMC**

     Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City              State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City              State     ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____   To _____ |
| City          State     ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor   **2965 HOLDINGS, LLC**                                     Case number *(if known)*   **26-10050-NMC**
         Name

| Name and address | Dates of service |
|---|---|

26a.1.   **ACCOUNTANT DANIEL SERBIN**                          From **2024**      To _____
         Name

**165 S Detroit St**
Street

_____

**Los Angeles, CA 90036**
City                         State           ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1.   _____          From _____      To _____
         Name

_____
Street

_____

City                         State           ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.   ACCOUNTANT DANIEL SERBIN                     _____
         Name
         165 S Detroit ST                            _____
Street                                               _____

Los Angeles, CA 90036
City                         State           ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.   _____
         Name

_____
Street

_____

City                         State           ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

---

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**              page **11**

Debtor    **2965 HOLDINGS, LLC**                                                Case number *(if known)*    **26-10050-NMC**
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records | |
|---|---|

27.1.    _____
         Name

         _____
         Street

         _____

         _____
         City                State        ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **2965 Alliance** | | **MANAGING MEMBER ,** member | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | , _____ | From _____ <br> To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

30.1.    _____
         Name

         _____
         Street

         _____

         _____
         City                State        ZIP Code

| Relationship to debtor |
|---|

         _____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **12**

Debtor    **2965 HOLDINGS, LLC**                                                Case number *(if known)*    **26-10050-NMC**
          Name

❑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

❑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **02/12/2026**
                 MM/  DD/  YYYY

**X** **/s/ RICK SAGA**                                    Printed name          **RICK SAGA**

   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor **VP OF MANAGEMENT MEMBER 2965 ALLIANCE INVESTMENT FUND**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

❑ Yes

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **13**

Fill in this information to identify the case:

Debtor name **2965 HOLDINGS, LLC**

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): **26-10050-NMC**

☑ Check if this is an
amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors
**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑ *Amended Schedule* **D, H**

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/12/2026**
MM/ DD/ YYYY

**X** **/s/ RICK SAGA**
Signature of individual signing on behalf of debtor

**RICK SAGA**
Printed name

**VP OF MANAGEMENT
MEMBER 2965 ALLIANCE
INVESTMENT FUND**
Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**